921 A.2d 1065

IN THE MATTER OF TERRENCE P. TORMEY, AN ATTORNEY AT LAW (ATTORNEY NO. 000401988).

May 11, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–213, concluding that **TERRENCE P. TORMEY** of **BRICK**, who was admitted to the bar of this State in 1988, should be suspended from the practice of law for a period of two years for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), *RPC* 1.7(a)and (b) (conflict of interest), *RPC* 1.15(a) (failure to safeguard funds) and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And **TERRENCE P. TORMEY** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **TERRENCE P. TORMEY** is suspended from the practice of law for a period of two years and until the further Order of the Court, effective June 11, 2007; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC*

8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.